VON S. HEINZ
Nevada Bar No. 859
vheinz@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)

SHERRY A. FLAX*
sflax@saul.com
SAUL EWING LLP
500 E. Pratt St., 8th Floor
Baltimore, MD  21202
(410) 332-8791
(410) 332-8151 (fax)
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff Mannington Mills, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MANNINGTON MILLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER DEKOR GROUP CO. LTD., <br><br> Defendant. | Case No.:   2:13-cv-00133-MMD-CWH <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, Von S. Heinz of Lewis Roca Rothgerber, attorney for plaintiff Mannington Mills, Inc. and Adam K. Bult of Brownstein Hyatt Farber Shreck, LLP, attorney for defendant Power Dekor Group Co. Ltd. that:

1. Plaintiff's complaint shall be dismissed with prejudice;

2. Each party will bear its own attorneys' fees and costs; and

3. No trial date has been set in this matter.

Dated: December 11, 2015

LEWIS ROCA ROTHGERBER LLP

By: /s/ *Von S. Heinz*
    Von S. Heinz
    Nevada Bar No. 859
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169

    Sherry A. Flax*
    SAUL EWING LLP
    500 E. Pratt St., 8th Floor
    Baltimore, MD 21202
    *Admitted *Pro Hac Vice*

Attorneys for Plaintiff *Mannington Mills, Inc.*

Dated: December 11, 2015

BROWNSTEIN HYATT FARBER SHRECK, LLP

By: /s/ *Adam K. Bult*
    Nevada Bar No. 9332
    100 North City Parkway, Suite 600
    Las Vegas, NV 89169

Attorneys for Defendant *Power Dekor*

IT IS SO ORDERED:

By_____
    UNITED STATES DISTRICT JUDGE

Dated: December 14, 2015